JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRO SYSTEMS, LLC,<br>    Plaintiff, | CV 20-3268 DSF (KSx) |
| v. | JUDGMENT |
| UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br>    Defendant. | |

The Court having granted Defendant's motion for summary judgment and denied Plaintiff's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: June 2, 2020

_Dale S. Fischer_
Dale S. Fischer
United States District Judge